JOHN VON DER BORN, Appellant, *v.* ANTON SCHULTZ, Respondent.

*von der Born* v. *Schultz,* 111 App. Div. 263, affirmed.
(Argued April 9, 1907; decided April 30, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 2, 1906, which reversed a judgment in favor of plaintiff entered upon a verdict and granted a new trial in an action to recover for an alleged breach of contract.

*Robert C. Beatty* for appellant.

*Brainard Tolles* and *George W. McAdam* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

AUGUSTUS K. SLOAN, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

*Sloan* v. *National Surety Co.,* 111 App. Div. 94, affirmed.
(Argued April 10, 1907; decided April 30, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1906, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial and granted a new trial in an action to recover upon two indemnity bonds.

*William B. Hornblower, Charles A. Boston* and *William J. Griffin* for appellant.

*Albert R. Hager* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, HISCOCK and CHASE, JJ. Not sitting: EDWARD T. BARTLETT, J.